United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Andres Bustillo, M.D., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-23133-Civ-Scola |
| Twin City Fire Insurance Company, | ) |
| Defendant. | ) |

### Order Granting Temporary Stay

    Defendant Twin City Fire Insurance Company seeks an unopposed stay of discovery. (ECF No. 11.) Twin City submits a stay is warranted based on its pending motion to dismiss the complaint. The Court has taken a "'preliminary peek' at the merits of the motion" and finds the issue raised related to the virus exclusion in the insurance policy at issue here appears to have a strong likelihood of being granted. *See Ray v. Spirit Airlines, Inc.*, No. 12-61528-CIV, 2012 WL 5471793, at *1 (S.D. Fla. Nov. 9, 2012) (Scola, J.) (quoting *Feldman v. Flood,* 176 F.R.D. 651, 652–53 (M.D.Fla.1997)). If the motion to dismiss is granted in its entirety, which at this preliminary stage appears likely, the need for discovery in this proceeding will be eliminated. *Id.* Additionally, Plaintiff Andres Bustillo, M.D. does not oppose the stay.

    The Court thus finds a stay warranted and **grants** the Defendants' motion (**ECF No. 11**). Discovery is accordingly **stayed** until this Court issues its order on the Defendant's motion to dismiss. If the motion is ultimately denied, (1) discovery must immediately move forward; and (2) the parties must file an amended joint-scheduling report within seven days of the entry of any order denying the motion to dismiss.

    **Done and ordered**, at Miami, Florida, August 28, 2020.

                                                                             _____
                                                                             Robert N. Scola, Jr.
                                                                              United States District Judge