United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Andres Bustillo, M.D., Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 20-23133-Civ-Scola |
| ) | |
| Twin City Fire Insurance Company, ) | |
| Defendant. ) | |

### Order of Dismissal

    The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 14.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

    **Done and ordered** at Miami, Florida on September 2, 2020.

Robert N. Scola, Jr.
United States District Judge